H. T. WILSON V. THE STATE.

No. 21715. Delivered November 5, 1941.

The opinion states the case.

*Mort W. Muse,* of McKinney, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

The conviction is for driving a motor vehicle upon a public highway while intoxicated. The punishment assessed is confinement in the county jail for five days and a fine of $50.00.

Appellant entered a plea of guilty to the offense charged and waived a jury upon the trial. The record is before us without a statement of facts or bills of exception. The indictment and all matters of procedure appear to be regular.

The judgment of the trial court is affirmed.